IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA DIANE LATHAM,

    Plaintiff,

v.                                                                       Case No. 13-cv-0822 RB/SMV

NEAL COX, BEN HAZEN,
LINCOLN CNTY. SHERIFF'S DEPT.,
CNTY. OF LINCOLN,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    February 13, 2014, at 10:30 a.m.

    **Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for February 13, 2014, at 10:30 a.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                                                **STEPHAN M. VIDMAR**
                                                                                                **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.